# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| ROBERT HILL, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:10-CV-0256-RWS |
| HALL COUNTY DETENTION CENTER, | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [8] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED** for failure to state a claim for relief. The Clerk shall close the case.

**SO ORDERED**, this  17th   day of September, 2012.

_____
**RICHARD W. STORY**
United States District Judge